I. L. F. Y. CO. *v.* TEMPORARY STATE HOUSING
RENT COMMISSION ET AL.

No. 569.   Decided May 21, 1962.

*Robert S. Fougner* for appellant.

*Harold Zucker, Robert E. Herman* and *Edward V. Alfieri* for the State Rent Commission, appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this case.